In the Matter of WALSTON & CO., INC. v. NEW YORK CITY COMMISSION ON HUMAN RIGHTS.— Motion and cross motion for reargument granted and, on reargument, the court has reveiwed the letters objecting to jurisdiction and the determination and order after investigation, finds them inconclusive and adheres to its determination, and the court is leaving the factual determination of the place where the two documents (the commodity collateral letter and the margin account agreement) were sent to the hearings before the commission. Concur — Stevens, P. J., McGivern, Markewich, Murphy and Capozzoli, JJ.

## (June 21, 1973)

MARY REICHERS, Respondent, v. BROWNS TAXI AND LIMOUSINE SERVICE, INC., et al., Appellants.— Judgment, Supreme Court, Bronx County, entered on October 18, 1972, unanimously reversed, on the law and on the facts, and a new trial granted solely on the issue of damages, with $60 costs and disbursements of this appeal to abide the event, unless the plaintiff-respondent within 20 days of service upon her by defendants-appellants of a copy of the order entered hereon, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict to $16,400 and to the entry of an amended judgment in accordance therewith, in which event the judgment as so amended and reduced is affirmed, without costs and without disbursements. The court allowed the jury to consider as loss of earnings an amount in excess of that alleged in the bill of particulars. Concur — Stevens, P. J., Kupferman, Murphy, Steuer and Capozzoli, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RUGGIERO, Appellant.— Judgment, Supreme Court, New York County, rendered on September 28, 1972, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Kupferman, J. P., Murphy, Lane, Tilzer and Capozzoli, JJ. [70 Misc 2d 73.]